# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Everette Hinton,

    Plaintiffs,                        JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-63-RJC

Daniel E. Bailey, and
Law Librarian Hudson,

    Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 29, 2011 Order.

Signed: June 29, 2011

Frank G. Johns, Clerk
United States District Court